UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YIMING LU,

                Plaintiff,

– against –

NISSAN MOTOR ACCEPTANCE COMPANY LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendants.

**ORDER**

21 Civ. 9148 (ER)

Ramos, D.J.:

    The Court having been advised that all claims asserted herein against defendant Nissan Motor Acceptance Company LLC have been settled, it is ORDERED that Nissan Motor Acceptance Company LLC be terminated as a defendant in this action, without costs to either party, subject to reopening should the settlement not be consummated **within forty-five (45) days** of the date hereof.

    Any application to reopen must be filed **within forty-five (45) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next forty-five (45) days** with a request that the agreement be "so ordered" by the Court.

    SO ORDERED.

Dated:  March 10, 2022
             New York, New York

                                                Edgardo Ramos, U.S.D.J.